UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PATRICIA NOWAKOWSKI,

                     Plaintiff,

         -vs-                                                            12-CV-1075C

GC SERVICES, LP,

                     Defendant.

---

Pursuant to this court's Order referring this case for pretrial procedures and the entry of a Scheduling Order as provided in Rule 16(b) of the Federal Rules of Civil Procedure and Rule 16.1(a) and Rule 16.2 of the Local Rules of Civil Procedure for the Western District of New York, and a conference with counsel having been held on June 19, 2013, it is **HEREBY ORDERED** that:

1. In accordance with section 2.1A of Plan for Alternative Dispute Resolution, this case has been referred to mediation.

2. Motions to opt out of ADR shall be filed no later than August 15, 2013.

3. Compliance with the mandatory requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure will be accomplished no later than August 22, 2013.

4. The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a

stipulation confirming their selection on the form provided by the court no later than August 15, 2013.

5. All motions to join other parties and to amend the pleadings shall be filed no later than September 6, 2013.

6. The initial mediation session shall be held no later than September 27, 2013.

7. A further status telephone conference shall be held on October 2, 2013 at 2 p.m. A further schedule will then be set.

So ordered.

_____
JOHN T. CURTIN
United States District Judge

Dated: June 19, 2013
p:\pending\2012\12-1075.june192013

-2-