UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | | |
|---|---|---|
| PATRICIA NOWAKOWSKI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 1:12-cv-01075-JTC |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| GC SERVICES, LP | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of New York, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted on May 19, 2014.

ATTORNEYS FOR PLAINTIFF
*Patricia Nowakowski*

By: /s/ Marshall Meyers
Marshall Meyers
*Weisberg & Meyers, LLC*
5025 North Central Ave., #602

        Phoenix, AZ 85012
        602 445 9819
        866 773 6152 facsimile
        mmeyers@attorneysforconsumers.com

Notice Filed electronically on May 19, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on May 19, 2014, to:

Conception A. Montoya
Hinshaw & Culbertson, LLP
780 Third Avenue, 4th Floor
New York NY 10017
cmontoya@hinshawlaw.com


s/Tremain Davis
Tremain Davis